MICHAEL W. FOSTER (State Bar No. 127691)
MICHAEL E. WILBUR (State Bar No. 152361)
ANDREA BEDNAROVA (State Bar No. 250709)
FOSTER EMPLOYMENT LAW
3000 Lakeshore Avenue
Oakland, California 94610
Telephone: (510) 763-1900
Facsimile:  (510) 763-5952
Email: mfoster@fosteremploymentlaw.com

Attorneys for Defendant
KAISER FOUNDATION HEALTH PLAN, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHELLE R. WARD, <br><br> Plaintiff, <br> vs. <br><br> KAISER PERMANENTE, <br><br> Defendant. | Case No. 3:14-cv-03357 WHO <br><br> Date Action Filed:  July 24, 2014 <br><br> **ORDER GRANTING DEFENDANT'S MOTION FOR ADMINISTRATIVE RELIEF FOR AN ORDER TO CONTINUE THE INITIAL CASE MANAGEMENT CONFERENCE** |

Having reviewed Defendant Kaiser Foundation Health Plan, Inc.'s Motion for Administrative Relief for an Order to Continue the Initial Case Management Conference and good cause appearing, the motion is granted and the Initial Case Management Conference is rescheduled for January 13, 2015 at 2:00 p.m. in Courtroom 2.  The Parties shall hold their Rule 26(f) conference no later than December 12, 2014 and file the Joint Case Management Statement no later than January 6, 2015. IT IS SO ORDERED.

DATED: November 18, 2014

By: _____
WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE